## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DANTE GAMBOA,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) **CIVIL ACTION NO.** <br> ) **1:16-cv-2348** <br> **COMENITY BANK and PORTFOLIO** ) <br> **RECOVERY ASSOCIATES, LLC,** ) <br> ) <br> ) <br> **Defendants.** ) | |

### JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Dante Gamboa and defendants Comenity Bank and Portfolio Recovery Associates, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 2nd day of February, 2017.

| | |
|---|---|
| *s/ Sumeet Shah* | *s/ Ernest H. Kohlmyer* |
| Sumeet Shah | Ernest H. Kohlmyer, III |
| Centrone & Shrader, PLLC | Urban, Thier & Federer, P.A. |
| 612 W. Bay Street | 200 South Orange Ave., Suite 2000 |
| Tampa, FL  33606 | Orlando, FL 32801 |
| | |
| Attorneys for Plaintiff | Attorneys for Comenity Bank |

28855452 v1

*s/ Alan D. Leeth*
Alan D. Leeth
Georgia Bar No. 472031
Louis G. Fiorilla
Georgia Bar No. 910188
BURR & FORMAN, LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia  30363

Attorneys for Portfolio Recovery
Associates, LLC

## **CERTIFICATE OF COMPLIANCE**

I hereby certify, in compliance with LR 5.1.C, NDGa., that the foregoing document has been prepared using 14-point, Times New Roman font.

*s/ Alan D. Leeth*
Alan D. Leeth
Georgia Bar No. 472031
aleeth@burr.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Sumeet Shah
Centrone & Shrader, PLLC
612 W. Bay Street
Tampa, FL  33606

Ernest H. Kohlmyer , III
Urban, Thier & Federer, P.A.
Suite 2000
200 South Orange Ave.
Orlando, FL 32801

I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:  N/A            .

*s/ Alan D. Leeth*
Alan D. Leeth
Georgia Bar No. 472031
aleeth@burr.com

28855452 v1